AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>26cv4064 | DATE FILED<br>4/13/2026 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Senay Kurtulus | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Hollimon | 11/16/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-753**
**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 06, 2025

## Title

**Title of Work:** mermaid4

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 12, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-532**
**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 06, 2025

## Title

**Title of Work:** littlemermaid2

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 25, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-294**

**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** seagirlart1

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 04, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-469**
**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** lovelymermaidpattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 11, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-290**
**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** palmflamingopattern

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-292**
**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** prettyflamingo

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 07, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-529**

**Effective Date of Registration:**
January 29, 2025

**Registration Decision Date:**
February 06, 2025

## Title

**Title of Work:** flamingoonbikepattern

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 06, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-287**

**Effective Date of Registration:**
January 29, 2025

**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** sleepybearpattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-299**
**Effective Date of Registration:**
January 29, 2025
**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** watercolorelephantpattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 03, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Senay Kurtulus
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Senay Kurtulus
Acibadem mah. Adivar sok., Polat apt. No:7/9, Kadikoy-Istanbul, 34718, Türkiye

## Rights and Permissions

**Name:** Senay Kurtulus
**Email:** senaykurtulus@gmail.com
**Address:** Acibadem mah. Adivar sok.
Polat apt. No:7/9
Kadikoy-Istanbul 34718 Türkiye

## Certification

**Name:** David Denholm

